UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

David Kelley,                                                   Case No. 3:25-cv-508

        Plaintiff,

    v.                                                          ORDER

Fremont Police Department, et al.,

        Defendants.

On May 22, 2026, Plaintiff filed a motion to voluntarily dismiss this case without prejudice pursuant to Rule 41(a)(2).  (Doc. No. 21).  The deadline to oppose the motion has expired, *see* Local R. 7.1(d), and no Defendant filed any brief in opposition.  With no objection by Defendants, I grant Plaintiff's motion, and dismiss this case without prejudice.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge